## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **OF PUERTO RICO** |
|---|---|
| Name (under which you were convicted): CARLOS M. ESCOBAR-FIGUEROA | Docket or Case No.: 02-CR-393-23-(PG) |
| Place of Confinement: F.C.I. MIAMI,FL. P.O. Box 779800 Miami,Fl  33177-0200 | Prisoner No.: 23585-069 |
| UNITED STATES OF AMERICA  **Respondent,** | Movant (include name under which you were convicted) |
| v. | CARLOS M. ESCOBAR-FIGUEROA |

RECEIVED & FILED  2007 OCT 31

### MOTION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____

    United States District Court, District of Puerto Rico,
    Federal Building .- SAN JUAN, PUERTO RICO.  00918-1767

    (b) Criminal docket or case number (if you know): 02-CR-393-23-(PG.)

2.  (a) Date of the judgment of conviction (if you know): GUILTY.- SEPTEMBER 29,2003

    (b) Date of sentencing: JANUARY 23,2004  by Honorable Judge PEREZ GIMENEZ

3.  Length of sentence: Two Houndred & ninety-two months [292] Months.

4.  Nature of crime (all counts): VIOLATION TO Title 21 U.S.C.§841(a) And  §846 Conspiracy
    Count One(1) of the Indictment in this Case , Guilty by Jury Verdict, to "CONSPIRACY
    TO CONTROLLED SUBSTANCES §841(a) in the amountas it indicated in the Indictment
    Controlling this Case. 5 Kilos o more cocaine  50 grams crack.

5.  (a) What was your plea? (Check one)

    (1)  Not guilty ☒    (2)  Guilty ☐    (3)  Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
    or indictment, what did you plead guilty to and what did you plead not guilty to? _____

    I Plea No Guilty and went to Trial By Jury.

6.  If you went to trial, what kind of trial did you have? (Check one)    Jury ☒    Judge only ☐

Page 3

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No XXX

8.  Did you appeal from the judgment of conviction?    Yes XXX    No ☐

9.  If you did appeal, answer the following:

(a) Name of court: __FIRST CIRCUIT COURT OF APPEALS__

(b) Docket or case number (if you know): __N° 04-1258__

(c) Result: __DENIED  AFFIRM CONVICTION__

(d) Date of result (if you know): __JULY 07,2006__

(e) Citation to the case (if you know): __no/available__

(f) Grounds raised: __(1) "Lack of Sufficence of Evidences; (2) Should have been Sentence under "Minor Participant; (3) Enhancement for weapons Illegal  No Grounds For Application; (4)Defendant Was Sentence Under Mandatory Guidelines Contrary to The Enunciate By U.S. Supreme Court under "BLAKELY" & "BOOKER"__

__NOTE: MOST OF THE GROUNDS DON'T WERE DECIDE BY CIRCUIT JUDGES BECAUSE ,NO WERE ABJECTED AT TRIAL "INEFFECTIVE ASSISTANCE AT TRIAL???__

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes XXX No ☐

If "Yes," answer the following:

(1) Docket or case number (if you know): __N°: 06-7004__

(2) Result: __PETITION FOR CERTIORARI .- DENIED WITHOUT ANY   REVIEW BY THE COURT.__

(3) Date of result (if you know): __NOVEMBER 06,2006__

(4) Citation to the case (if you know): __NO/AVAILABLE AT THIS TIME__

(5) Grounds raised: __WHETHER HONORABLE COURT FOR THE FIRST CIRCUIT  ERRER BY AFFIRMING JUDGEMENT OF CONVICTION. BASIC BECAUSE ISSUES IF MERI TORIOUS DON'T WERE OBJECTED AT TRIAL BY FORMER DEFENSE ATTORNEY__

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐  No ☐XXX This Motion Under §2255 is the FIRST POSTCONVICTION FILED

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: __NO/APPLICABLE__

(2) Docket or case number (if you know): __SEE (a)(1)__

(3) Date of filing (if you know): _____  '''' '''' ''''

Page 4

(4) Nature of the proceeding: __NO/APPLICABLE__

(5) Grounds raised: _NO EXIST ANY PRIOR POST CONVICTION REMEDY.-_

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ☐ No ☐    NO/APPLICABLE

(7) Result: _____N/A_____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _NO EXIST ANY   PRIOR   MOTION. PETITION OR APPLICATION_

(2) Docket or case number (if you know): ____SEE THE ABOVE____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ☐   No ☒XX NO EXIST ANY PRIOR MOTION. PETITION AND/OR APPLICATION.

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion. petition, or application?

(1)  First petition:    Yes ☐   No ☐  NO EXIT ANY PRIOR PETITION

(2)  Second petition:    Yes ☐   No ☐  NO EXIST ANY SECOND PETITION

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly
why you did not: __NO, BECAUSE NO EXIST ANY PRIOR MOTION,PETITION OR
APPLICATION THIS ONE WOULD BE THE FIRST PETITION PRESENTED.__

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States. Attach additional pages if you have more
than four grounds. State the facts supporting each ground.

GROUND ONE: __WHETHER,__ INEFFECTIVE ASSISTANCE OF COUNSEL IN A CRIMINAL CASE IS
UNDOUBTELY A VIOLATION OF THE SIXTH AMENDMENT RIGHTS, AN STRUCTURAL ERROR REVERSIBLE
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
PER SE. THAT DESERVE THE RELIEF INDICATED UNDER TENETS OF LAW. []INEFFECTIVENESS COMING
FROM"LACK OF DILIGENCE"; "INADEQUATE PREPARATION  OVER THE FACTS SURROUNDED THE CASE";
"FAILURE TO FULFILL WITH THE STANDARDS FROM THE AMERICAN BAR ASSOCIATION (A.B.A.)
(Sect.4-41 at 4.53),FAILURE TO TO EXAMINE DISCOVERY MATERIAL THAT IS SO FUNDAMENTAL THAT
CONSTITUE THE CORNERSOTNE IN ALL CRIMINAL DEFENSE AND MAKE THE DIFFERENCE BETWEEN
CONVICTION  AND DISMISS OR RECEIVE A HIGHER SENTENCE. COURT RECORDS REFLECT SOME PART
OF THIS INEFFECTIVENESS AS WELL SITUATIONS THAT ARE REFLECTED IN THE APPEAL OPINION FROM
THE FIRST CIRCUIT COURT OF APPEALS. THIS MERITORIOUS ISSUE GIVE TO THIS MOVANT-CARLOS
M. ESCOBAR-FIGUEROA THE OPPORTUNITY OR LAVERAGE TO ENLIGHT THE SPECIFIC SITUATION IN SE-
PARATE  SECTION  SEE MEMORANDUM OF LAW  ATTACHED AT THIS FORM THAT SUPPORT THIS CLAIM
OF VIOLATION OF THE SIXTH AMENDMENT BY RECEIVE INEFFECTIVE LEGAL REPRESENTATION.
    (b) Direct Appeal of Ground One:
        (1) If you appealed from the judgment of conviction, did you raise this issue?
                Yes ☐  No ☒☒ INEFFECTIVE ASSISTANCE OF COUNSEL IS NOT GROUND IN DIRECT APPEAL.
        (2) If you did not raise this issue in your direct appeal, explain why: NORMALLY THIS ISSUE IS NOT RECOG-
NIZED IN DIRECT APPEAL. NO OBJECTIONS DURING TRIAL AND NOT ARGUMENTS ABOUT THIS CONSTITU-
TIONAL VIOLATION OF THE SIXTH AMENDMENT RIGHTS. (ENLIGHTEN IN ATTACHE MEMORANDUM OF LAW)
    (c) Post-Conviction Proceedings:
        (1) Did you raise this issue in any post-conviction motion. petition, or application?
                Yes ☐  No XXX NO EXISTE ANY PRIOR MOTION AND/OR PETITION THIS-ONE IS THE FIRST.
                                                              FILED.
        (2) If your answer to Question (c)(1) is "Yes," state:
        Type of motion or petition: ___NO/APPLICABLE_____
        Name and location of the court where the motion or petition was filed: _____
        __NO EXIST ANY PRIOR MOTION,PETITION OR APPLICATION  IN POESTCONVICTION REMEDIES
        IN THIS CASE BEFORE HONORABLE DISTRICT COURT.

Docket or case number (if you know): **N/A.- NO EXIST ANY PRIOR MOTION OR PETITION**

Date of the court's decision: _____ **SEE THE ABOVE ENLIGHTEN**

Result (attach a copy of the court's opinion or order, if available): ___**N/A**_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑  No ❑ **NO, THIS THE FIRST ONE FILE TO THE DISTRICT COURT**

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑  No ❑   **SEE THE ABOVE ENLIGHTEN**

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑  No ❑    **NO/APPLICABLE**

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ___**NO/APPLICABLE**_____

_____

Docket or case number (if you know): _____ **"/ " " "**_____

Date of the court's decision: _____ **N/A**_____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: ___ **THIS IS THE FIRST POSCONVICTION MOTIO,PETITION OR APPLICATION PRESENTED**

**TO THE DISTRICT COURT. NO EXIST ANY PRIOR MOTION.**_____

_____

_____

_____

GROUND TWO: **WHETHER ,MOVANT-ESCOBAR-FIGUEROA , SHOULD HAVE BEEN SENTENCE AS** MINOR
PARTICIPANT **[3B1.2(b)]  AND WITHOUT APPLICATION OF USSG. 2D1.1(a)(3)** NO WEAPON(S)  **&(b)(1)**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
ENVOLVED, NO PROVE OF THE EXITENCE OF ANY POSSESS BY MOVANT DURING ANY TRANSACTION.
THE TESTIMONY AND AS EVIDENCE THAT COMING FROM LAW ENFORCEMENT AGENTS SUPPORT
THE NO EXISTENCE OF WEAPONS BY THIS MOVANT .THE GOVERNMENT WITNESS VIOLATE THE
FEDERAL ANTI-GRATUITY STATUTE 18 U.S.C.§201(c)(2) THAT  FORBIDS ANYTHING OF VALUE
TO A WITNESS FOR HIS TESTIMONY [ ABDUL MENDOZA LEBRON] SPECIALLY THAT EXIST DISCRE-
PANCES IN HIS TESTIMONY THAT ES CORRABORATED BY THE ACTIONS AND MATERIAL OF THIS CASE.
SEE "MEMORANDUM OF LAW" ATTACHED TO THIS FORM.

_____

(b) Direct Appeal of Ground Two:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes XX  No ❑  BUT DO NOT WAS ACCEPTED BECAUSE WAS WAIVED BY TRIAL ATTORNEY???

    (2) ~~If you did not raise this issue in your direct appeal, explain why:~~  THE APPEAL OPINION SHOW THE NEGLIGENCE, & LACK OF PREPARATION OF FORMER TRIAL COUNSEL, SENTENCE JUDGE ALSO INQUIRE IN RELATION AND FORMER COUNSEL ACCEPT THAT NO EXIST NOTHING TO CORRECT REASON OF THE EXISTENCE OF GROUND ONE OR CLAIM ONE " INEFFECTIVE ASSISTANCE COUNSEL."

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ❑   NO EXIST ANY PRIOR, PETITION ,MOTION OR APPLICATION THIS IS THE FIRST. ONE.~

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __SEE ABOVE NO PRIOR POSTCONVICTIONS__

Name and location of the court where the motion or petition was filed: __NO/APPLICABLE__

Docket or case number (if you know): __NO EXIST ONE NO/APPLICABLE__

Date of the court's decision: _____SEE THE ABOVE ENLIGHTEN__

Result (attach a copy of the court's opinion or order, if available): _____NO/APPLICABLE__

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑  No ❑    SEE THE ABOVE ENLIGHTENS

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑  No ❑   NO EXIST ANY PRIOR POSTCONVICTION ACTION,THIS-ONE IS THE FIRST.

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ❑     N/A

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __SEE THE ABOVE . -NO APPLICABLE__

Docket or case number (if you know): __N/A__

Date of the court's decision: _____"/ "__

Result (attach a copy of the court's opinion or order, if available): __NO/APPLICABLE__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: AS MENTIONED BEFORE NO EXIST ANY PRIOR MOTION,PETITION ,OR APPLICATION FOR ANY POESTCONVICTION THIS ONE ACTUALLY FILED IS THE FIRST MOVANT—ESCOBAR—FIGUEROA ACTION RELATED TO POST—CONVICTIONS.

GROUND THREE: WHETHER, FORMER TRIAL ATTORNEY FAIL TO ARGUE AND/OR CLAIM THE VIOLATION OF THE FIFTH AMENDMENT CONSTITUTIONAL RIGHT BY VIRTUE OF THE EXISTENCE AND

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): FACT RELATED TO THE CONSTRUCTIVE AMENDMENT OF THE INDICTMENT AS WELL THE LACK OF JURISDICTION OF THE COURT TO IMPOSE SENTENCE OUTSIDE THE DECISION BY "JURY VERDICT" THE INDICTMENT WAS BROADEN TO HAVE THE POSSIBILITY TO IMPOSE THE WRONG AND ILLEGAL SENTENCE OUT—SIDE OF THE AUTHORIZED BY LAW.. MOVANT WAS FOUND "GUILTY" BY JURY TO COUNT ONE CONSPIRACY TO VIOLATE THE CONTROLLED SUBSTANCE COCAINE IN THE AMOUNT OF 5 KILOGRAMS OR MORE. HONORANLE JUDGE OF SENTENCE EXPLAIN IN OTHER CODEFENDANT AT THE MOMENT OF SENTENCE WHAT MEANS 5 KILOS OR MORE ,AND THE GUIDELINE APPLICABLE . however QUANTITY OF DRUGS CER- TAINLY IMPACT THE SENTENCE REASON FOR REFLECT AMOUNT INVOLVED IN THE INDICTMENT AND MORE IMPORTANT THE JURY VERDICT ENLIGHT THE AMOUNT OVER THE ONE MOVANT WAS FINDED GUILTY SEE MEMORANDUM OF LAW IN SUPPORT THIS CLAIM (ATTACHED TO THIS FORM)

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No XXX

(2) If you did not raise this issue in your direct appeal, explain why: APPEAL ATTORNEY'S DO NOT RAISE THIS ISSUE EVEN THAT WERE INQUIRE BY THIS MOVANT THAT WHY?? I AM SENTENCE TO DIFERENT QUANTITY THAT THE ONE WAS DECIDE BY PETIT JURY" CONSPIRACY 5 Kilos or more.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☐    no , no exist any prior conviction action as Motion,,Petition atc.

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: NO/APPLICABLE   SEE ABOVE.

Name and location of the court where the motion or petition was filed:

NO/APPLICABLE   NO EXIST ANY PRIOR MOTION, PETITION OR APPLICATION.

Docket or case number (if you know): SEE ABOVE.

Date of the court's decision:

Page 9

Result (attach a copy of the court's opinion or order, if available): __NO/APLIED TO THIS CASE__ BY REASON THAT NO EXIST ANY PRIOR MOTION, PETITION OR APPLICATION.

_____

(3) Did you receive a hearing on your motion, petition, or application?

     Yes ☐   No ☐    SEE THE ABOVE ENLIGHTEN.

(4) Did you appeal from the denial of your motion, petition, or application?

     Yes ☐   No ☐    " " """ "" """ _

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

     Yes ☐   No ☐    SEE ENLIGHTEN ABOVE

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

_____

Docket or case number (if you know): __NO/APPLIED_____

Date of the court's decision: _____ "/ ▪ """

Result (attach a copy of the court's opinion or order, if available): NO/APPLICABLE

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Because NO exist any PRIOR Motion, Petition Or Application Before of the one that is filed now.

_____
_____
_____
_____

GROUND FOUR: __WHETHER, THE TRUE FACTS SHOW THAT Public Law 80-772 THAT SUPPOSED TO GIVE "JURISDICTION" TO THE DISTRICT COURTS OVER ALL FEDERAL OFFENSES, BEING INVALID,__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): HOWEVER, THE DISTRICTS COURT(S) CLEARLY LACK JURISDICTION, THE CONVICTION AND SENTENCE ARE OR IS THEREFORE VOID. THE UNITED STATES SUPREME COURT HAVE THIS CHALLENGE THAT INCLUDING TITLE 18 U.S.CRIMINAL CODE, ANY MATTER NEED TO STAY UNTIL FINAL DECISION OF THE U.S. SUPREME COURT. __SEE MEMORANDUM OF LAW IN SUPPORT (ATTACHED TO THIS FORM)__ NOTE: NONE TRIAL ATTORNEY OR APPEAL ATTORNEY CLAIM ARGUE OR BRING THIS ISSUE TO THE COURTS ATTENTION.

_____
_____

(b)  Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ☒☒☒

(2) If you did not raise this issue in your direct appeal, explain why: <u>I DON'T KNOW THE REASONS FOR</u> <u>FORMER APPEAL ATTORNEY TO NO RAISE THIS ISSUE MAYBE UP TODAY HE DON'T KNOW THE EXISTENCE</u> <u>OF THIS CLAIM THAT ARE AFFECTING THOUNSANDS OF FEDERAL PRISONERS.</u>

(c)  Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑  No ❑  NO , NO EXIST ANY PRIOR, MOTION, PETITION, OR APPLICATION

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: <u>NO/APPLICABLE</u>

Name and location of the court where the motion or petition was filed: <u>NO/APPLIED</u>

Docket or case number (if you know): <u>NO EXIST ANY PRIOR POST-CONVICTION MOTION</u>

Date of the court's decision: <u>SEE THE ABOVE ENLIGHTENS</u>

Result (attach a copy of the court's opinion or order, if available): <u>N/A</u>

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑  No ❑  SEE THE ABOVE ENLIGHTENS

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑  No ❑  N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑  No ❑  NO/APPLICABLE

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: <u>SEE ENLIGHTENS ABOVE</u>

Docket or case number (if you know): <u>N/A</u>

Date of the court's decision: <u>NO/APPLICABLE  (N/A)</u>

Result (attach a copy of the court's opinion or order, if available): <u>N/A</u>

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __BECAUSE NO EXIST ANY PRIOR MOTION PETITION OR APPLICATION__ FOR POSTCONVICTION ACTION!!!

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __YES!! GROUND ONE: "INEFFECTIVE ASSISTANCE OF COUNSEL" NORMALLY__ IS A CLAIM NO ACCEPTED IN "DIRECT APPEAL" BY REASON THAT SUCH CLAIM NEVER WAS OBJECTED ARGUE OR CLAIMED IN DISTRICT COURT PLUS NO EXIST COMPLETE RECORD IN THIS GROUND SOMETHING THAT MUST NEED TO DUE IN AN "EVIDENTIARY HEARING".
GROUND THREE: CONSTUCTIVE AMENDMENT OF THE INDICMENT FIFTH AMENDMENT VIOLATION AN STRUCTURAL ERROR REVERSIBLE PER-SE. GROUND FOURTH: INVALID OF P.L. 80-772 as enlighten. COUNSEL(S) ERRORS TO NO BE APPROPIATE PREPARED, USING THE KNOWLEDGE OF LAW, WORK MENTAL PRODUCT OF THE ATTORNEY???????

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐   No ☒XXX
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. __NO/APPLICABLE__
__NOTE:__ ONLY GROUND N°4 __BUT NOT IN MY CASE__ IN PARTICULAR CLASS ACTION PENDING IN U.S. SUPREME COURT SEE info @NoCriminalcode.us.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: LUIS A. GUZMAN-DUPONT, Esquire., at Ponce de Leon 452 Suite 508 Asoc. De Maestros Building. HATO REY, PUERTO RICO. 00918    (Appointed)
(b) At arraignment and plea: __SAME AS ABOVE__
(c) At trial: ____SAME AS ABOVE... Mr. LUIS A. GUZMAN-DUPONT. Esquire, (Appointed)
(d) At sentencing: ____SAME AS ABOVE

(e) On appeal: __Mr. RAFAEL ANGLADA-LOPEZ  AT P.O. Box 194886 SAN JUAN,__
__PUERTO RICO. 00919.__

(f) In any post-conviction proceeding: __THIS IS MY FIRST POSTCONVICTION PROCEEDINGS__

(g) On appeal from any ruling against you in a post-conviction proceeding: __NO/APPLIED__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ❏ No ☒XXX

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ❏ No ☒XXX

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: __NO EXIST ANY FUTURE SENTENCE.__

(b) Give the date the other sentence was imposed: __SEE ABOVE.__

(c) Give the length of the other sentence: __SEE ABOVE.__

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ❏  No ❏   **NO EXIST ONE FUTURE SENTENCE**

Page 13

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*  ACCORDING WITH THE ANTITERRORISM AND DEATH PENALTY ACT 1996 (ADEPA) THIS MOTION UNDER TITLE 28 U.S.C. §2255 ARE TIMELY PRESENTED AS IT IS FILED BEFORE THE YEAR OF THE LAST ACTION IN COURT RELATED TO THE JUDGEMENT IN THIS CASE U.S. SUPREME COURT DENIED "PETITION OF CERTIORARI. NOVEMBER 06, 2006. copy letter attached to this form

NOTICE: THAT THIS MOVANT/PETITIONER ARE ACTING PRO-SE AND REQUIRE CONSIDERATION WITH THE APPLICABILITY OF THE WELL KNOW "MAIL BOX RULE" ACCORDING WITH: HOUSTON Vs. LACK, 487 U.S. 266,275, 108 S.Ct. 2379.,101 L.Ed. 2d.245(1998)

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: CORRECT THE ILLEGAL PART OF THE SENTENCE, RECOGNIZE THE REDUCTION POINTS FOR "MINOR PARTICIPANT " AND DISCHARGE THE TWO POINTS ENHANCED UNDER 2D1.1(b)(1); RECOGNIZE THE MERITS OF CLAIM ONE & FOURTH

or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __OCTOBER__ 24,2007_____ (month, date, year).

Executed (signed) on __10/22/2007_____ (date).

_Carlos M. Escobar Figueroa_

Signature of Movant
CARLOS M. ESCOBAR-FIGUEROA
Reg. N° 23585-069 ("G" Unit)

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. ___NO/APPLIED  MOVANT-ESCOBAR-FIGUEROA SING THIS FORM.___

_____

_____

IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]

* * * * *

Page 1

# Motion to Vacate, Set Aside, or Correct a Sentence
## By a Person in Federal Custody

### (Motion Under 28 U.S.C. § 2255)

### Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

   Clerk, United States District Court for DISTRICT OF PUERTO RICO
   Address ROOM-150, FEDERAL BUILDING
   City, State Zip Code SAN JUAN, PUERTO RICO. 00918-1767

9. **CAUTION:** You must include in this motion **all** the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.

10. **CAPITAL CASES:** If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CARLOS M. ESCOBAR-FIGUEROA.  )
      Movant/Petitioner,  )
               )
Vs.               )
               )
UNITED STATES OF AMERICA  )
      Respondent,  )

*07-2042(PG)*

CASE N°: 02-CR-393-23(PG).
CIVIL N°: Pending.

RECEIVED & FILED
2007 OCT 31  AM 8: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### MEMORANDUM OF LAW IN SUPPORT OF
### MOTION PURSUANT TO TITLE 28 U.S.C.
### SECTION §2255

**TO HONORABLE COURT:**

    **COMES NOW,** CARLOS M. ESCOBAR-FIGUEROA, hereby the Movant/Petitioner acting Pro-Se, who respectfully moves to Honorable Court, To Vacate, Set Aside, and/or Correct Sentence (under the part that is illegal0, this pursuant to Title 28 U.S.C.§2255. Therefore in support of this Motion, Movant-ESCOBAR-FIGUEROA state as follow:

### JURISDICTION

    This Honorable Court has Jurisdiction over subject matters and to hear this Motion, according with the teaching from the "Antiterrorism And Death Penalty Act 1996", that Amend the proceedings for file a action under Title 28 U.S.C.§2255 and tolling a One(1) Year after **final** Judgement, Direct Appeal decision **or** after the 90 days for file a "CERTIORARI" with the U.S. Supreme Court; [] Moreover, pursuant to Title 28 U.S.C.§2255 A Prisoner **in custody** under final Sentence of a Court established by Act of the Congress, claim .....

[Next page]

- 1 -

.....claim to be released upon Grounds that the sentence was impo-
sed in Violation of the U.S. Constitution and/or Law of the United
States Of America, **or** that the Court was without Jurisdiction  - Ve-
nue,to impose such sentence beyond the authorized by Law, **or** that
the trial proceedings were no render fair because of the Ineffec-
tive  Assisatnce of Counsel; []Reason(s) enough for Vacate, Set Asi-
de **or** Correct Sentence.

## VENUE

Venue is appropiate because this Motion is filed in the Senten-
cing Court of Movant-CARLOS ESCOBAR-FIGUEROA. In the United States
District Court for the District Of PUERTO RICO.

## TIMELY

This Motion is timely filed according with the regulations con-
trllling Title 28 U.S.C.§2255., []As well with the enlightens from
the Antiterrorism And Death penalty Act (April 24 1996) that Amen-
ded the time for file such Motion(s). The Final Judgement in this
Case coming from NOVEMBER 06,2006., Applicability of the well know
"MAIL BOX RULE" is require as well applicability of Rule **45(e)** Fed.
R. Cri. Proced. Rely on **HOUSTON Vs. LACK 487 U.S. 266,275,108 S.Ct.
2379, 101 L.Ed. 2d. 245(1998).**

## STATEMENTS OF THE CASE AND FACTS

**On** October 4, 2002., the Grand Jury return a Two Counts Indic-
ment charging Movant-ESCOBAR and forty-two(42) co-defendants in Cri-
minal N°**02-CR-393(PG)**, Movant_ESCOBAR was charge in Count One(1)
with a "Conspiracy" to posses with intent to distribute 5 kilograma
or more of cocaine,50 Grams or more of Crack and One(1) Kilogram of
Heroin, in violation of 21 U.S.C.§841(a)(1) and §846.

- 2 -

OnOctober 11 2002 Movant was arraigned by a Magistrate-Judge He plead Not Guilty to count One of the Indictment. Escobar-Movant was order detained without bail pending Trial. (DKT.#43-44 & #584

On August 5, 2003, the Case was called for Jury Trial.(DKT #594 597).The trial last for thirty (30) additional days. On September 29,2003., the Jury reach a VERDICT Of Guilty as to Count One(1) of the Indictment . The Jury also returned a special Jury VERDICT finding that the Conspiracy charged in Count One(1) involved the distribution and/or intent to distribute **1) Five(5) or more Kilograms of cocaine;(2) One(1) or more Kilograms of Heroin; and (3)fifty(50) Grams or more of cocaine base/crack.** The **Special verdict form** had provided the jury choice between three amounts for each drug type.

On December 10,2003, this Movant receive a copy of the PSI. from the U.S. Probation Office. On December 18,2003 Counsel for THIS Movant-ESCOBAR submitted a letter to the U.S. Probation Officer objecting to the inclusion of two(2) levels for supervisory role in the offense under U.S.S.G. §3B1.1(c) something that the Judge Presiden was  opposed and Granted the Objection with the enlighten  that Movant-Escobar only be considered a **'runner"** He was only 13 years old at that time (Minor) and had been influence to commit the drug crimes.

Sentencing was held on JANUARY 23,2004. both Defendant-Escobar (Movant) and Former Counsel Mr LUIS GUZMAN were inquiered in matters related to the contents of the PSI. the only objection was related to the two(2) points enhancement for "organizer"leader" etc. something that the Sentencing Judge PEREZ GIMENEZ denied to apply for the obvious reasons above mentioned.

- 3 -

**It** is a fact that the Defense Attorney did not question the amount of drugs set forth in the P.S.I., which the Judge later used as a basis for Sentencing...**NOTICE** that that amount in the P.S.I. is contrary to the Jury Verdict prejudice is tremendous.

Counsel for defendant-ESCOBAR the Movant in this action are supposed to be familiar with the material involved as JURY VERDICT & Amounts of drugs involved. 5 kilos compare with 150 Kilos in the PSI. Former Defense Trial Attorney after inquire many times for the Sentencing Judge **if something in the PSI. need to be corrected** He replied that nothing in the Report need correction (Inadequate Prepared??) except for the two(2) points enhancement for a managerial or supervisor. [ ]When the Judge announced the removal of that two(2) points Level. MOVANT former Trial Counsel said "Very Well".....[t]hat would be all as to objections.

It is a true Fact that former Defense Counsel waived for purpose of Appeal precluding this Movant to be review in Direct Appeal the Arguments related to **1)** Minor Role in the supposed organization **(2)** Weapon enhencement and **(3)**Drug Quantity(ies) as was the will of the Jury Verdict. Actitude that fell below [a] reasonableness defense situation that in case to be argue, objected during the sentencing and after be inquire by the Judge many times **if** need something to be corrected in the PSI. Former Attorney answer no that is the only objection the two(2) level enhancement for Managerial or supervisor Role. Facts and evidences clearly reflect the Merits of the Issues raised in this Motion under 28 U.S.C.§2255, Therefore relief must be granted according with the tenets of Law.

## ARGUMENTS AND CITATION OF AUTHORITY

### ISSUE ONE (1).-

**WHETHER INEFFECTIVE ASSISTANCE OF COUNSEL
IN A CRIMINAL CASE IS UNDOUBTEDLY A VIOLA-
LATION OF THE "SIXTH AMENDMENT CONSTITUTIO-
NAL RIGHT:[ ]AN "STRUCTURAL ERROR THAT IS,
REVERSIBLE PER-SE**

To begin wit, Ineffective Assistance Of Counsel in and itself entails a wide scope of review.

Movant-ESCOBAR-FIGUEROA, would submit that his former Defense counsel,did not provide him with the Legal Assisatnce to which He is entitled under the U.S. COnstitution,thus denying him His Right to the well know Effective Assistance Of Counsel.

Movant, claim and/or alleges existence of "Attorney Indife-rence"; "Lack of Diligence"; "Inadequate Preparation"; and that His Trial performance fell below reasonableness. The later would classified as incompetent Assistance.

Moreover, the "American Bar Association" (A.B.A.) set the "standars" that all criminal Defense Attorney **must be** accomplished and/or fulfill in order to render an Effective Legal representa-tion as indicated in the A.B.A. Standards **4-41 at 4-53 (2d Ed.Supp)**

> "It is the duty of the Lawyer to conduct a prompt
> investigation of the circumstances of the Case and
> to explore all the avenues leading to fact relevent
> to the merits of the Case and **penalty(ies)** in case
> of Conviction. [T]he investigation shall always inclu-
> de efforts to secure information in possession of the ...
> [Continue next page]

- 5 -

.....of the Prosecutor and Law enforcement Agency(ies).
   This duty to investigate facts surrounded the Case
   as well the relief indicated under the Tenets of Law;
   The Protection of Constitutional Rights, situations
   so fundamental **to** "constitute the very **cornerstone**"
   for structuring available  defense that would mark
   the difference between conviction opposed to acquital.
   []It is equally evident that an objective standars of
   Reasonableness can not be support **any** Attorney **failure**
   to familiarize himself with **the facts of the Case,** Law
   applicable and **most** important to Preserve the Constitu-
   tional Rights of the Defendant
  "Question Of Law &Facts??? Former Trial Attorney Fulfill
  All the above criteria and/or A.B.A. Standars?? **NO!**

   **Moreover,** the U.S. Supreme Court has long recognized that
Defendants as this Movant-ESCOBAR-FIGUEROA Sixth Amendment Rights
to Counsel requires Effective Assistance of Counsel. **STRICKLAND**
**Vs. WASHINGTON, 446 U.S. 668,686,104 S.Ct. 2052,2064,80 LEd.2d 674**
**(1984); UNITED STATES Vs. CRONIC,446 U.S. 648,655(1984).**
Case's Law where is enlighten the requirement for Defendants to
show **or** fulfill with the two(2) prongs.....(1) [T]hat Counsel con
duct so undermine the proper function of the adversial process and
**(2)** [That the proceedings con not be relied on as having produced
a Just or Fair result.MOvant-ESCOBAR-FIGUEROA fulfill these argu-
ments ahead on this Pleadings or Motion Pursuant To Title 28 U.S.C
§2255.-

   Also is enlighten that an Effective Attorney is more than one
who is a mere friend  to the Court, an effective Attorney must play
the role of an active advocate, devote dolely to the interest of
His client. It is this kind of service for wich the 6th. Amendment
makes provision.

Also is good to consider that this is not a Case  where Counsel made "[]a Strategy decision; rather Counsel's conduct **evince an abdication of His responsability(ies),** to his Client and it is such a Case that the Court most tipically find Counsel performance **was below** the requisite level of competence **Rely on: MURRAY V. CA RRIER, 447 U.S. 478,496 (1986)(Dictum). w**here is held:

> " []The Right of effective Assistance of Counsel
> may in particular Case **be violated** by even an
> isolate error of Counsel **if that error** is sufficient
> **egregious** and **prejudicial,** although a Court conclude
> that a single **error** render Counsel Assistance ineffective

Counsel performance at nay stage of a criminal proceedings is subject  to challenge Ineffective Assistance including: (A) Trial; (B) Sentence; (C) and Direct Appeal where the Fourteenth Amrndment Guarantee representation in Appeals See: **EVITTS Vs. LUCEY 469 U.S. 387,398 (1985).**

Therefore, since the issues involving each assigment  of **error** are separate and distinct Movant-ESCOBAR-FIGUEROA will proceed as follow.

## TRIAL AND SENTENCE ATTORNEY

Trial and Sentence records will clearly substantiate that Former Defense Attorney Mr. LUIS A. GUZMAN-DUPONT, COMMITTED **Prejudicial errors,** []That he was unreasonable by acts **or** omissions, **that** filed to meet the prevailing Professional norms of Defense Counsel according with **STRICKLAND,Supra, Note # 97 at 2066.**

In the following situation that will be enlighten clearly would **be show** that former defense Counsel**Fell below an objective standars of [r]easonableness, (Strickland at 687-88)** and that there are a [r]easonable **probability** that, **but** for Counsel **Unprofessional** errors the result of the proceedings would been different Id.**at 692.**

**TRUE FACTS: (a)** Former defense Counsel fails to object to the actual Sentence imposed to this Movant that was the result to what is mentioned in the Presentence report and **not** in the JURY VERDICT decision; The Honorable Judge PEREZ GIMENEZ inquire to such Counsel no one,**but** more than  two times  **if** He have some Objections to the PSI. his answer was:**No the only objection is the point for Manager or supervisor.** []Have such Counsel objected to the amount of Drugs mentioned in the Presentence Report  that is contradictory to JURY VERDICT the Judge would apply the same position that take with other Co-defendant that when trail together as PEDRO DIAZ CLAVEL Sentence Transcripts **page 14 and 15** Where the Judge Clarify the Guideline Applicable  according to the Jury Verdict  Guilty of **5 kilograms but less than 15 kilograms Base offense level 32.**

The same reasoning was applied by Judge-PEREZ GIMENEZ in the other co-defendant  that went trial together  AS DENNYS CRUZ PEREIRA **See page 15 Sentence Transcripts for** DENNYS CRUZ PEREIRA.
**NOTICE** That in **page 13 DIAZ CLAVEL** the Judge make reference to Circuit Court Case(1rst. Cir. **U.S. Vs. RODRIGUEZ, 162 F3d. 135,** Former defense Counsel was familiar with the evidences against his client also **was aware** of the JURY VERDICT HIS actions were abdication of responsability, Negligence failure with the Work product mental of the Attorney in one word facts show the INEFFECTIVENESS THE VIOLATION OF THIS MOVANT SIXTH AMENDMENT RIGHT, AND STRUCTURAL ERROR THAT AFFECT THE COMPLETE FRAME OF THE CASE ERROR THAT INDICATE THE REMEDY DESERVE UNDER THE TENETS OF LAW.
True Facts are real and in favor of this Meritorious Claim the " CAUSE" is clear the prejudice is tremendous 200 Months more punishment.

- 8 -

(b) other of the failures of former defense Counsel that
affect tremendous this case is the Failure of defense Counse to
argue,object **or** claim the violation of the FIFTH AMENDMENT RIGH
of this Movant-ESCOBAR-FIGUEROA when He **don't object** to the ...
**"Constructive Amended Of The Indictment" when** the Indictment was
broader to  impose a Sentence contrary to the JURY VERDICT and
contrary to the Charges in the Indictment and the elements of crime
where:"The quantity of drugs certainly impacts the Sentence and
**if** the Government have evidences WHY??? He don't present those
amounts to the "GRAND JURY"??

The U.S. Supreme Court requires that the quantity be pled and prove
see **Apprendi V. New Jersey,120 S.Ct. 2348(2000).** In this Case before
Honorable Court THE JURY VERDICT is according to the quantity men-
tioned  in the Indictment  CAse N°**02-CR-393-23(PG) but.....** because
Negligence, Inadequate prepared; Aware of the facts of this situation
no object, argue **or** claimed the illegal sentence imposed beyond
to the authorized by the Law....with this proceed Defense Counsel
Fails  to meet the prevailing Professional norms of any Defense -
Counsel,according with **STRICKLAND, Supra. Note #97 at 2066. That**
prceed by former defense Counsel would be classified as **Incompetent
Assistance.**

(c) **Other** of the failures that render Ineffective Assistance
this Former Counsel Mr. LUIS  GUZMAN-DUPONT  is the situation that
enhanced Movant sentence because the wrong application of U.S.S.G.
2D1.1(b)(1), When during Trial and trough the evidences never was
presented a credible evidences that Movant use **or** carry **or** concil

- 9 -

.....any dangerous weapon **or** firearms in any Drug transaction. Testimony from Law Enforcement Agents that make survillance; make controlled purchase of drug to Movant; Agents that search Movant place of living in two ocassions **never** find any weapon,only small money and small envelopes of drugs, One of the Agents mentioned above testify the He know the Movant from the time He was a Child an never saw Movant with a weapon(s). See Testimony Agent RICARDO RIVERA, also EDWING ROSAS FERRER, and Police Officer CARLOS DE JE-SUS The last one is the one that search the place of living of this Movant-ESCOBAR-FIGUEROA .

The only Person that incriminate this Movant with carry weapons was ABDUAL MENDOZA-LEBRON that was receiving BENEFITS for his testimony. a codefendant testimony receiving benefits **must** need take with precaution and considered HERSAY. See TITLE 18 U.S.C. Section201 (c)(2) Bribery of Public Official And witness. Former defense Counsel know all these facts,was aware of the material provided, **but** don't use His Knowledge and skill in the Law for Argue **or** object to the bribery  testimony. No doubt about the abdicaion of Former Lawyer to fulfill the Standars of [r]easonableness and adequate prepared, render an Ineffective Legal Representation. [A]lso important is that the Jury Verdict no mention nothing related to involvement of weapons in any transaction by Movant.

**(d)**Other of the situation that reflect the Ineffectiveness from former Defense Counsel is the silent,no action,no claim the situation related that this Movant-ESCOBAR-FIGUEROA is entitled under tenets of Law **to** Applicability of U.S.S.G. §**3B1.2(b) Minor participant,**two(2) points downward.(continue next page)

.....Have,former defense Counsel acting adequate,with Diligence, using the Work Product Mental Process of the Attorney**,no doubt** **exist,that...** the result of the proceedings would be different. as: [] "Sentence according to the JUTY VERDICT to Guideline **level 32** as the other co-defendant in trial and in same conditions ". []"Be able to receive the benefits of **Minor participant** that fulfill the criteria from U.S.S.G. §3B1.2(b) as was enlighten by the Swentencing Judge Movant was a **runner.** "Cause & Prejudice are prove the damages because of that Ineffective Legal Representation is tremendous-----diference of + 200 Months of incarceration. All the enlighten in this Claim are in accomplished with the Bench Mark Cases that support this Claim as:**STRICKLAND V. WASHINGTON,446 U.S. 668,686,104 S.Ct. 2052,80 LEd.2d 674(1984) Quaoting........ McMANN V. RICHARDSON,397 U.S. 759,771 N. #14 (1970);MURRAY V. CARRIER, 447 U.S. 478,496(1986)(DICTUM).**

The Movant's right guaranteed by the Sixth Amendment  were violated by the enlighten  errors that are sufficiently**egregious and prejudicial.** []"Remedy is at hands of this Honorable District Court for the District Od PUERTO RICO, GRANTED this Motion and recognize the claim of "Ineffective Assistance of Counsel by virtue of the Legal Facts enlighten at lenght in this Issue One(1). As alternative... Granted an "Evidentiary Hearing" **if** the Court feel that the record is not complete for render a Faie decision.

- 11 -

.....The Honorable Judge PEREZ GIMENEZ (presiding) proffer during
Sentence hearing from this Movant-ESCOBAR-FIGUEROA the reason(s)
why? He don't will apply the enhancemnt two(2) points manager **or**
Supervisor.  []"He decline(judge) to grant to AUSA the two pints
leadership enhancement **because......He was acting more of a
runner at the point......it was more his brother,I think,who was
in active participation as the leader at the point than this de-
fendant(Carlos Escobar-Figueroa) Page # 8 & 9 ALSO** is enlighten
by the Circuit Judges in theirs Opinion **page # 9, 10 & 11.**
[In]The context of these forty-three **(43)** defendants Indictment,Nine
**(9)** years time frame and Seneteen**(17)** Drugs Points, The Honorable
Court have found Movant-ESCOBAR-FIGUEROA **a minor participant pur-
suant to U.S.S.G. 3B1.2(b) and 2D1.1(a)(3).**

The situations above mentioned were well know by Former defen-
se Attorney He was present during proceedings **BUT.....** for "Negli-
gence"; "Inadequate Prepared" **don't** argue **or** claim these issues
of the **benefit** to this Movant. Counsul conduct evinces an abdication
of His responsability(ies) to His Client and it is in such cases
that the Court most tipically find Counsel  performance fell below
the requisite level of competence as enlighten in: **MURRAY V. CA-
RRIER,447 U.S. 478,496(1986)(DICTUM).**

**THEREFORE,** For all the above True Facts and Judge(s) enlightens
Movant clearly asset that He has established a prima facie Case
over His Claim of "Ineffective Assistance Of Counsel" a clear vio-
lation of the SIXTH Amendment Right, reason(s) enough for Movant
be entitled  to relief according with the Tenets of Law, be free
of that unprofessional Legal representation......**(continue next page)**

- 12 -

### ISSUE TWO(2).-

**WHETHER,** MOVANT-ESCOBAR-FIGUEROA, SHOULD HAVE BEEN
SENTENCE AS MINOR PARTICIPANT U.S.S.G. **§3B1.2(b) and**
WITHOUT THE APPLICATION OF U.S.S.G.**§2D1.1(b)(1) &(a)(3)**
NO, PROVE OF EXISTENCE OF POSSESION OF WEAPONS-FIREARMS
BY MOVANT IN ANY DRUG TRANSACTION. **MOREOVER,**SENTENCE JUD_
GE ENLIGHT DURING SENTENCE WHAT WAS THE POSITION OF THIS
MOVANT IN THE OPERATION ...."RUNNER".

To beging wit, Movant's feel that is necessary to enlight the
proffer enlighten by Honorable Judge PEREZ GIMENEZ Pages # 8 & #9
where the same Judge classified according with the evidences at
Trial that this Movant position in the organization with more than
43 persons,17 Drugs points and (9) years of frame time , He was
a simple RUNNER.! Situation that meet the criteria for be **considered**
**minor participant** in such organization MOVANT-CARLOS ESCOBAR-FIGUE-
ROA occupied the lowest position in that shame organization.
Former defense ATTORNEY never claim this Issue and/or argue the
position of this Movant for be considered **Minor participant.**
Remedy is at hands of Honorable Court, that is to GRANT the re-
lief that this Movant is entitled under the Tenets of Law.

To continue with the situation related to the enhancement
under U.S.S.G. **§2D1.(b)(1) posses dangerous weapon-firearms during**
**Drugs transaction.** to beging wit, this claim Movant never would be
charge with this **enhancement** as the Evidences and testimony(ies)
show, **but...** for the Defense Attorney Ineffective Legal Assistan-
ce that never claim and/or object to the P.S.I. or the Court

- **13** -

**To** be a little more specific, this Issue was argue in the Claim One Ineffective Assistance Of Counsel situation that give the opportunity to this Movant to enlighten and/or argue separately.

Movant assert that The Trial records, Government evidences and even the available discovery and JENKS Material, are **devoid** of the presence of any "Actual" possesion, "The state of immediate, hands-on, physical possession"., **or** even knowledge and intention, **U.S. ZAVALA-MALDONADO, 23 F3d 4,6,8,(1st. Cir. 1994);** neither **"constructive"** possesion, **i.e.** when there is a concealed weapon strategically placed in a room where the defendant conduct his drug business, See **U.S. V. McLEAN, 2005 WL 1355147  (1st Cir.06/09/05)( slip op. 9)** There was no evidence at trial **or** in possesion of the Governement to satisfy  the definition of "Constructive Possession" that is, when a person knowingly has the power and intention at a given time to exercise dominion and control over an object eithter directly **or** through others. **U.S. V. CARLOS CRUZ,352 F3d 499,510( 1st.Cir. 2003).**not requiring the ownwrship of the weapon, **U.S. V. LIRANZO,385 F3d. 66,69 (1st.Cir.2004)** See also **U.S. BARNARD N° 04-1920(1st Cir. 06/14/05.** Remedy is at hands of Honorable Court to Grant the relief that this Movant is entitled under the Tenets of Law and indicated by True Facts and evidences, as alternative Grant an Evidentiary hearing where Movant would be able to show all the Facts and prove the merits of this Issue II.

## ISSUE THREE.-

**WHETHER,** THE "CONSTRUCTIVE AMENDED OF THE INDICTMENT
AFFECT MOVANT'S FIFTH AMENDMENT RIGHT AN ERROR THAT
IS REVERSIBLE PER-SE, THIS ACTION GO IN CONTRADICTION
TO JURY VERDICT.

[ ]A "Constructive Amendment of the Indictment occurs when
the Honorable Judge at sentence alter the essential elements of
the offense, as charge in the Indictment and specified in the
JURY VERDICT. The U.S. Supreme Court requires that the Quantity
be pled and prove Rely on: **APPRENDI V. NEW JERSEY 120 S.Ct.2348
(2000).** In this Case the JURY VERDICT is crystal clear in rela-
tion to the Quantity for what this Movant was Guilty----- **5kilos
or more of Cocaine, 50 Grams of Crack & 1 kilo heroin.** amounts
that indicate the application of Guideline Level **32** as  it is
enlighten by Honorable Judge PEREZ GIMENEZ at sentence of co-de
fendants that were at trial with htis movant, co-defendants PEDRO
DIAZ CLAVEL Sent.Transcripts **page 14,15,** and codefendant  DENNYS
CRUZ PEREIRA Sentencin Tra. **page 15.** See pages # 8,9. of this
pleadings.

Therefore, this Issue is clear facts are undisputed, JURY VER-
DICT is unquestionable, Honorable Judge PEREZ GIMENEZ position is
clear even that former defense attorney for this Movant never ar-
gue this Issue. Remedy is at hands of Honorable Court Grant the
relief that this Movant is entitled under Tenet of Law. Correct
the Reversible error and order a Re-sentence.

- 15 -

### ISSUE FOURTH.-

**WHETHER,** PUBLIC LAW **80-772**, ACT OF JUNE 25 1948, Ch.645
Section 1, 62 Stat 683 et seq., IS UNCONSTITUTIONAL AND
VOID, BECAUSE H.R. 3190 NEVER PASSED BOTH HOUSES AS RE-
QUIRED BY ARTICLE I, SECTION 7, CLAUSE 2 OF THE U.S.
CONSTITUTION.

**WHETHER,**PERMITTING POST-ADJOURNMENT LEGISLATIVE BUSINESS
PURSUANT TO **H.Con.Res. 219** VIOLATED THE QUORUM,BICAMERAL
AND PRESENTMENT REQUIREMENTS OF ARTICLE I, OF THE CONS-
titution.

**WHETHER,**A PURPOTED BILL SIGNED BY THE OFFICERS OF BOTH
HOUSES OF CONGRESS AND PRESENTEDTO THE PRESIDENT POST-
ADJOURMENT AND IN THE ABSENCE OF **QUORUMS** WHICH WAS NOT
CERTIFIED AS TRULY ENROLLED NOR THE ENROLLED BILL IN FACT
A CLEAR VIOLATION OD TITLE 1, UNITED STATES CODE, SECTION
**106**,HOUSES RULE AND PRECEDENTS PROHIBITING SUCH ACTS, RENDER
THE BILL SIGNED INTOPUBLIC **LAW 80-772 NULL AND VOID.**

**WHETHER,** THE DISTRICT COURT ORDERS COMMITTING MOVANT"S TO
EXECUTIVE CUSTODY PURSUANT TO SECTION **3231 OF THE UNCONSTI-
TUTIONAL PUBLIC LAW 80-772 WERE** ISSUED **ULTRA VIRES,** ARE
UNCONSTITUTIONAL AND **CORAM NON JUDICE,** AND THEIR IMPRISONMENT
ARE UNLAWFUL.

MOREOVER, THE SIGNATORIES OF **H.R.** 3190 KNEW THE ENACTING CLAUSE
WAS FALSE WHEN SIGNED.

Public Law 80-772 stated that the enacted proceed "by the
Senate and House of Representative of the United States of Ameri-
ca in**Congress Assembled.** Each signatory knew that either "House
Legislative Existed at that time, and that the Legislative process
**had ceased** within the terms of **Article i, Section 5 and 7 on** JUNE
20,1948.. **NOTICE** that this Questions of Law and Facts are actually
presented in the only Court with Jurisdiction to decide matters
[**continue next page]**

- **16** -

.....to decide matters as the ones Presented in this Issue that
Court is the United States Supreme Court this in view of the "Li-
mited" Jurisdiction of Federal Courts as Courts of ARTICLE III,
**KOKKONEN V. GUARDIAN LIFE Ins. of Am. 511 U.S. 375,377(1994)**
enlight the situation of Jurisdiction L I M I T E D .

The Unconstitutionality as enlighten in the Questions at the
beging of this Issue render every Federal District Court Judge
civilly liable for every exercise of Jurisdiction  pursuant to:
Title 18 U.S.C. §3231. See **STUMP V. SPARKMAN,435 U.S. 349,358-359
(1978).** JUdges of Courts of Limited Jurisdiction have been held
civilly liable **upon void Jurisdiction.**
The sensivity of the issue "requires" address[ing] the applicabi-
lity of [28 U.S.C.]§455 with the same degree of care attention.
This Issue are actually in the U.S. Supreme Court for Ruling are
presented for more than One Thounsand Inmates  with the support
of  more than 75 ATTORNEY include some LAW professors.
With this Issue that show the Lack of Jurisdiction of the District
Court  or Courts of Limited Jurisdicto because are calling COURTS
OF ARTICLE III. this Movant-CARLOS M. ESCOBAR-FIGUEROA would be
obtained a complete and inmediatly release. as He is entitled
under the Tenets of Law.

/_____/

- 17 -

## C O N C L U S I O N

**WHEREFORE,** For all the foregoing Legal reason(s) enlighten at lenght in this pleadings Movant-CARLOS M. ESCOBAR-FIGUEROA. assert that He has established a "Prima Facie Case" that His actual JUdgement -Sentence is an Illegal one, where COurt Lack of Jurisdiction to impose a Sentence beyond of the authorized. Sentence is the product of Constitutional Violations in the SIXTH and FIFTH Amendment Constitutional Rights as enlighten. the DUE PROCESS Of LAW. Existence of Errors Per-Se Reversibles, all situations that are irrefutable as the "Structural Errors" as the existence of "Ineffective Legal Assistance of Counsel" all enlighten and argue at lenght in this Pleadings as many Cases Law from the Supreme Court Support the Merits of the Claims.

Movant is also of the opinion that no one expect a perfect Trial and this Movant can related to Human errors **or** frailty **but...** when the process are controlled or manipulated for the audience involved **then** the initiation of that criminal process ceased to be Fair and become dangerous, because of ther violative of the Constitution,Due Process Of Law and Congressional Intent when act the Law as Title 21 U.S.C. §841(a)(1) and the Penalty(ies) Phase.

Movant have a Constitutional Right to Legal Effective Assis tance, to Due Process Of Law. in all the steps of criminal Cases to be able to have A Fair Trial of his Case include the Sentence and Appeals.

Therefore, Movant-CARLOS ESCOBAR-FIGUEROA, Pray for the following relief. to be GRANTED THE RELIEF THAT He is entitled ........

- **18** -

.....under the Tenets of Law and any other relief that Honorable Court seems Legally necessary to prevent any Factual and Manifest Miscarriage of Justice. Grant and "Evidentiary Hearing according with the Rule **8 (a)** controlling all the 28 U.S.C. §2255..That would permit to Supplement the Court Records and this Movant would be able to show the Merits of His Claims. Pray for Resentence this Movant according with the principles of Law enlighten at lenght in this Pleadings.

MOAVNT/PETITIONER SHALL EVER PRAY:

RESPECTFULLY SUBMITTED

*Carlos m Escobar Figueroa*

CARLOS M. ESCOBAR-FIGUEROA
✷✷ ACTING PRO-SE✷✷
Reg. N° 23585-069 ("G" Unit)
P.O. Box **779800**
**DATED: On This 24th Days**      / MIAMI, FLORIDA. **33177-0200**      /
**October 2007**

/_____/

**– 19 –**

## CERTIFICATE OF SERVICE

I CARLOS M. ESCOBAR-FIGUEROA, hereby the Movant acting Pro-Se certify that on this October 24 ,2007., was given to the Prison Authorities for MAiled Fisrt Class, Postage Pre-Paid the Foregoing Motion Under Title 28 U.S.C.  To the following interested party(ies)

Mr. NELSON PEREZ SOSA
ASSISTANT U.S. ATTORNEY
Torre Chardon, Room **1201**
SAN JUAN,PUERTO RICO. **00918**

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

Ithe undersigned, certify that this Motion under Title 28 U.S.C. §2255 and any attachement wa given to the Prison authorities for forwarding the same to the interested Party mentioned Above as well the Original And Two(2) copies of the same to the CLERK OFFICE, UNITED STATES DISTRICT COURT, Room **150** Federal Building, SAN JUAN, PUERTO RICO.  **00918-1767** []All the above is true and correct according to the teaching from Title 28 U.S.C. §1746. and the proffer for **Rule 54(e)** Fed R. Cr. Proced. as well the teachings from **HOUSTON V. LACK 487 U.S. 266,275,108 S.Ct. 2379, 101 LEd.2d 245 (1998)**  "MAIL BOX RULE" Applicability is require,

RESPECTFULLY SUBMITTED

*Carlos m Escobar Figueroa*

CARLOS M. ESCOBAR-FIGUEROA
✻✻Acting Pro_se✻✻
Reg. N° 23585-069 ("G" Unit)
P.O. Box **779800**
/ MIAMI, FLORIDA. **33177-0200**     /

- 20 -

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

07-2042(PG)

CARLOS M. ESCOBAR FIGUEROA )
      Movant/Petitioner., )
               )
Vs.                )    CASE N°: **02-CR-393-23(PG)**   /
               )
UNITED STATES OF AMERICA )
      Respondent., /

**LETTER OF INTRODUCTION AND MOVANT'S POSITION
PURSUANT TO MOTION UNDER TITLE 28 U.S.C. §2255
MOTION TO VACATE,SET ASIDE, AND/OR CORRECT SENTENCE**

### TO HONORABLE COURT:

**PLEASE TAKE NOTICE,** that upon the answered duly verified
transcripts, Sentence Hearing,Pre-Trial proceedings as well Direct
Appeal in the Case above mentioned **[02-CR-393-23(PG)]** , **Comes Now**
the Movant-CARLOS M. ESCOBAR FIGUEROA, an Inmate hereby acting
Pro-Se (**28U.S.C. §1624),** and upon all the Papers(Transcripts),Law
of the Case, Constitutional involvements and all proceedings had
herein, the undersigned respectfully moves to Honorable Sentence
Court to :Vacate,Set Aside and/or Correct the Sentence in its and
independent Civil action pursuant to Title 28 U.S.C. §2255, and
Movant Pray for the Court to considered the learnings from **RAUTHER,
Vs. UNITED STATES,871 F2d. 693,695(1989) and HAINES Vs. KERNER. 404
U.S. 519,520 (1972)..** "[W]here the U.S. Supreme Court stated that
Pro-Se Pleadings are held under less stringents standards than for-
mal pleadings drafter by a Lawyers.

- 1 -

Moreover ,Movant/Petitioner would like to **be clear** that in his Arguments aand claims; [He] are Argue and claimed to **be corrected** the part of the sentence that is illegal, leaving along the corrrect part, having into consideration the Law applicable to the Case and the respect of the Constitutional Right of the Individual including the well know Due Process of Law.

Movant claims are related to the crystal clear existence of Constitutional Violations as FIFTH & SIXTH Amendment guarantees of the Individual(s), sittuations that are enlighten in the attached "Memorandum Of Law" in support of this Motion under 28 U.S.C.§2255 The last action in COURTS was NOVEMBER 06,2006., denied of the "Certiorari" by the U.S. Supreme Court **reason** for assert that this Motion is filed on time according with the enlighten in the Antiterrorism and Death Penalty Act. 1996 and the enlighten in Pub. L. 104-132, Title I,§105,110 Sta.1220 from APRIL 24,1996.

Motion was given to the Prison authorities for forwarding the same Via First Calss Mail Postage Pre-Paid to the interested Party (ies) and Original and Two(2) copies of the same to the CLERK OF THE COURT, reason (s) for claim applicability if necessary of the "MAIL BOX RULE" according with the teachings from: **HOUSTON Vs. LACK 487 U.S. 266,275,108 S.Ct. 2379,101 L.Ed. 2d. 245 (1998) ;VANDERBERG Vs. DONALSON,259 F3d 1321,1325 N#4. (2001); WASHINGTON Vs. UNITED STATES, 243 F3d. 1299,1301 (2001).**

Moreover, is the position of this Movant-ESCOBAR-FIGUEROA to submit this action **with** the purpose to seek in **"bona fide"** an initial consideration by the Honorable Court presiding this action over.....

- 2 -

.....The existence of "Questions Of Law" and "True Facts" raise
and argue in this Motion under 28 U.S.C.§2255......this together
with all file(s) in Court Records as transcripts and Law of the
Case related to the Judgment under Attack.

[A]s......enlighten some of the Grounds raised by this Movant's
where He alleges that He is being Convicted and Sentence Ilegally,
by virtue of the undoubtedly fact of "Constructive Amendment to the
Indictment". Lack Of Jurisdiction according with the new discovery
of Lack Of Jurisdiction of the District Courts **over all** Federal
offenses fundamental errors that occured in pass **H.R. 3190 P.L.
80-772** where "Congressional Journals clearly **show** that the "Hou-
se And Senate"**each passed two separate bills that were grossly di-
fferent.**According to the Constitution, this **means** that neither bill
ever became Law. NOTICE, that many cases (dozens) Cases are pending
this challenge to Public Law 80-772 that erroneous give Jurisdiction
to District Court (Courts Article III) over all Federal offenses.
"Disparity of Sentence with others more culpable-guilty that receive
a very  light sentence and with other under the same circunstances.
The above Questions of Law given to this Movant-ESCOBAR-FIGUEROA
the opportunity to raise the issue of "Ineffective Assistance of
Counsel" during Pre-Trial, Trial, Sentence Hearing, and Direct
Appeal, an "Structural error" that affect the complete frame of the
Case,affect the Right Protection guarantee to the Individual in all
criminal Case by the SIXTH Amendment Rights to have and "Effective
Legal Assistence. [ ]Existence of these Questions Of Law and Facts
**must he deserve an "answer"** to keep credibility in our legal system...

- 3 -

.....as well maintain the  [good] running of the Court's room(s) and most important that "JUSTICE MUST BE RENDER" avoiding any factual and Manifest **"Miscarriage of Justice"**.

Moreover, the Judgement of our concern is "Unlawful And Void" because of the Multiple Constitutional Violations as well "Due Process Of Law" violations that are enlighten in the correspondent "Memorandum Of Law" in support,attached to this Introductory letter and Form for 28 U.S.C.§2255.

[]Also Movant agree that all the Courts Federal and State alike **must** take Judicial Notice[R.Evid. Rule 201(d)(e)(f)], of CONSTITUTIONAL VIOLATIONS and this case at bar is not different........ the violation(s) are crystal clear. MOvant's agree that: [T]he Constitution is intended for the observance of the Judiciary **as well any** department of the Government as The United States Attorney Office...And **most** important the Judges are Sworn to Support its provisions[28 U.S.C. §453] The Courts are not at Liberty to overlook **or** disregard its comands **or** countenance evasion thereof.

[F]or the above enlighten reason(s) in this "Introductory Letter to Motion under Title 28 U.S.C.§2255., Movant-Escobar-Figueroa, pray to Honorable Court to consider the merits of the Claims(s) raise in this pleadings and determining in an "Opinion **or** decision the Issues presented **or** as alternative Granted an "Eviden tiary Hearing[Rule 8 controlling §2255 Motions], for "Supplement the Court Records that are **short** in some of the matters presented as the Claim of "Ineffective Assistence of Counsel"  an Structural error ,reversible Per-Se and clear violátion of the Sixth Amendment.

- 4 -

Movant-ESCOBAR pray to Honorable Court to accept Jurisdiction over this Case; Order the Respondent to "response" to the merits of this claims  indicating Legally WHY?? Movant/Petitioner no deserve the relief that He is entitled under the Tenets of Law. "Freeing Him and make applicable the "remedy (ies)"that the Constitution and the Law of the Case mandate and/or indicate.Correct the part of the sentence that is Illegal as well amend the disparity of sentence that exist among defendants simila situated. Granted the remedies that are indicated by the Law, The Constitution and reflected in our Legal System to fulfill the requirement of Justice as well any other remedy that Honorable Judge presiding deems necessary in favor of the Justice to be render.

MOVANT SHALL EVER PRAY FOR
EQUAL OF JUSTICE FOR ALL THE
INDIVIDUALS, BASES OF OUR CONSTITUTION.

RESPECTFULLY SUBMITTED
Carlos m Escobar Figueroa
CARLOS M. ESCOBAR-FIGUEROA
Reg. N° 23585-069 ("G" Unit)
Federal Correctional Institution
P.O. Box 779800
/MIAMI, FLORIDA. 33177-0200        ?

DATED: On this 24 days
    October 2007.    /

- 5 -



CARLOS M. ESCOBAR-FIGUEROA
Reg. N° 23585-069 ("G" Unit)
Federal Correctional Institution
P.O. Box 779800
MIAMI, FLORIDA. 33177-0200

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
**CLERK OF THE COURT**
ROOM 150   FEDERAL BUILDING
SAN JUAN, PUERTO RICO.  00918-1767

LEGAL MAIL    LEGAL MAIL    LEGAL MAIL